IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Swallow, Michael R

Printed: 11/18/08

Case Number: 07 B 11864
Judge: Goldgar, A. Benjamin
Filed: 7/3/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 7, 2008
Confirmed: September 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,755.25 |  |
| Secured: |  | 4,457.44 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,857.18 |
| Trustee Fee: |  | 440.63 |
| Other Funds: |  | 0.00 |
| Totals: | 7,755.25 | 7,755.25 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Feld & Korrub LLC | Administrative | 3,000.00 | 2,857.18 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial | Secured | 0.00 | 0.00 |
| 4. | Retail Services | Secured | 700.00 | 152.20 |
| 5. | Condor Capital Corp | Secured | 22,103.67 | 4,305.24 |
| 6. | CitiMortgage Inc | Secured | 15,909.84 | 0.00 |
| 7. | CitiFinancial | Secured | 345.78 | 0.00 |
| 8. | Condor Capital Corp | Unsecured | 0.01 | 0.00 |
| 9. | Omni 41 Sports Complex | Unsecured | 104.04 | 0.00 |
| 10. | Sprint Nextel | Unsecured | 30.14 | 0.00 |
| 11. | Porter Health Care | Unsecured | 45.68 | 0.00 |
| 12. | CitiFinancial | Unsecured | 1,080.06 | 0.00 |
| 13. | Jonathon Walsh | Unsecured | 22,500.00 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 459.23 | 0.00 |
| 15. | Nicor Gas | Unsecured | 58.72 | 0.00 |
| 16. | Community Hospital | Unsecured | 26.64 | 0.00 |
| 17. | Jefferson Capital Systems LLC | Unsecured | 135.56 | 0.00 |
| 18. | Garry And Deborah Hannemann | Unsecured |  | No Claim Filed |
| 19. | Bank Of America | Unsecured |  | No Claim Filed |
| 20. | Murphy & Hourihane | Unsecured |  | No Claim Filed |
| 21. | CB USA | Unsecured |  | No Claim Filed |
| 22. | Unity Physician Group | Unsecured |  | No Claim Filed |
|  |  |  | $ 66,499.37 | $ 7,314.62 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Swallow, Michael R

Printed: 11/18/08

Case Number: 07 B 11864
Judge: Goldgar, A. Benjamin
Filed: 7/3/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 311.63 |
| 6.5% | 128.06 |
| 6.6% | 0.94 |
|  | $ 440.63 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

